# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

CHERY FERDIG and
NIKI HILDE,

      Plaintiffs,

vs.                        CASE NO. 5:10cv133/RS-MD


PISP LLC, d/b/a
LUCKY'S BINGO,

      Defendant.

_____/

## ORDER

Defendant's motion to dismiss (Doc. 6) is **denied as moot**.


**ORDERED** on October 18, 2010.


                    /s/ Richard Smoak
                    RICHARD SMOAK
                    UNITED STATES DISTRICT JUDGE